IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:    RICHARD STECK          )
                                 )    No. 06 B 14831
            Debtor.              )

AGREED ORDER EXTENDING DATE TO FILE MATERIAL REQUIRED BY
FINAL PRETRIAL ORDER

THIS CAUSE comes on by Agreement of the Parties, the court being advised of an Agreement to Extend the Time for the parties to Comply with the Agreed Pretrial Order, the court being advised,

IT IS ORDERED

The date by which the parties shall file the materials required by the Agreed Pretrial Order is extended from July 26, 2007 to July 31, 2007

DATED: 7-26-07          _____
                        UNITED STATES BANKRUPTCY JUDGE

Paul M. Bach
BACH LAW OFFICES
1955 Shermer Road Suite 150
Northbrook, IL 60062
847-564-0808

_____  7/26/07
Agreed on behalf of Tom Vaughn, Trustee