**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   RICHARD E STECK                              CASE NO: 06-14831
                                                      CHAPTER 13

         DEBTORS(S)                                   JUDGE:  JANET S BAER


                                                      NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   JPMORGAN CHASE BANK

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0002 | 4850 1STARRS 6220RID | $ 444.33 | $ 1,494.33 | $ 1,494.33 |

Total Amount Paid the Trustee                                                            $  1,494.33

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                          X  Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 11th day of    October, 2012.

Debtor(s)                                                          Debtors Attorney

RICHARD E STECK                                                    PAUL M BACH
6220 N RIDGEWAY                                                    PO BOX 1285
CHICAGO IL 60659                                                   NORTHBROOK IL 600650000

Addtional Creditors

JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE LA 71203

Mortgage Arrearage Creditor

JPMORGAN CHASE BANK
PO BOX 182349 MC OH4 7133
COLUMBUS OH 43218

Electronic Service US Trustee

Date: October 11, 2012                         /s/ Tom Vaughn

                                               Tom Vaughn, Chapter 13 Trustee
                                               Chapter 13 Trustee
                                               55 East Monroe Street, Suite 3850
                                               Chicago, Ill   60603